# GROUP EXHIBIT 1

# United States of America
## United States Patent and Trademark Office



Reg. No. 5,293,474

Registered Sep. 26, 2017

Int. Cl.: 9, 14, 15, 16, 18, 21, 24, 25, 28, 41

Service Mark

Trademark

Principal Register



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

Fußball-Club St. Pauli v. 1910 e.V. (GERMANY e.V.)
Harald-Stender-Platz 1
20359 Hamburg FED REP GERMANY

CLASS 9: Information technology and audiovisual equipment, namely, audiovisual receivers; communications equipment, namely, modems and cell phones; cell phone covers; covers for smartphones; cases for data storage devices, namely, cases for diskettes and compact disks; cases for spectacles and sunglasses; cases adapted for notebook computers; protective cases for tablet computers

CLASS 14: Jewels; jewelry ornaments, jewelry; amulets jewellery, jewelry; bracelets; earrings; chains, jewelry; lapel pins jewellery; pendants; rings jewellery; time instruments, namely, clocks and watches; clocks and parts therefor; wristwatches; alarm clocks

CLASS 15: Musical instruments; keyboard instruments; string instruments; guitars; woodwind instruments; percussion instruments; brass instruments; musical accessories, namely, stands, cases, carrying bags and storage bags; bags specially adapted for holding musical instruments; cases for musical instruments

CLASS 16: Bags and articles for packaging, wrapping and storage of paper, cardboard or plastics, namely, paper bags, plastic bags for packing, packaging boxes of paper and cardboard, and plastic film for wrapping; stationery; writing and stamping implements, namely, pencils, pens, and stamping inks; thumbtacks; stationery; printed matter, namely, books and magazines in the field of sports; notebooks; calendars; posters; stickers stationery; flyers, namely, informational flyers featuring sports

CLASS 18: Luggage, travel bags, wallets and other carriers, namely, carriers for suits, shirts and dresses; umbrellas and parasols

CLASS 21: Tableware, namely, plates and dishes not of precious metal, cookware, namely, pots and pans; household containers for foods; glasses, drinking vessels and barware, namely, seltzer bottles; cups and mugs; beer glasses

CLASS 24: Textile goods, and substitutes for textile goods, namely, drapery; linens, namely, bet sheets and towels; kitchen and table linens; bed clothes, namely, bed sheets and blankets; bath linen; bath sheets; curtains for showers; flags, not of paper, namely, cloth and fabric flags

CLASS 25: Clothing, namely, t-shirts, sports shirts, sweatshirts, hooded sweatshirts, shirts,

jackets, pants, skirts and dresses; headgear, namely, hats and caps; footwear; neck scarfs, mufflers

CLASS 28: Sporting articles and equipment, namely, Balls for playing sports and Ball pumps; sport balls; festive decorations for Christmas trees, except confectionery and electric Christmas lights; artificial Christmas trees; decorations for Christmas trees, except confectionery and electric Christmas lights; toys, namely, Action figure toys; board games; playthings, namely, puppet theatres; and novelties, namely, novelty toy items in the nature of artificial plush animal tails

CLASS 41: Education, entertainment and sports, namely, Arranging and conducting of sports competitions; wagering services; sports and fitness, namely, providing facilities for sports and physical fitness training; sporting and recreational activities, namely, soccer; gymnasium club services, namely, gymnasiums; arranging and conducting of concerts; arranging of music performances, namely, entertainment services in the nature of live musical performances; training of sports players, namely, sports training services; providing facilities for sports recreation; provision of sporting club facilities, namely, providing fitness and exercise facilities; arranging and conducting of sporting events, namely, organizing soccer competition events

The mark consists of a design of a skull superimposed over crossed bones with the wording "ST. PAULI" below the design. The square is background and not claimed as a feature of the mark.

OWNER OF INTERNATIONAL REGISTRATION 1319115 DATED 07-12-2016, EXPIRES 07-12-2026

No claim is made to the exclusive right to use the following apart from the mark as shown: "ST. PAULI"

SER. NO. 79-196,274, FILED 07-12-2016
INGRID C EULIN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



Reg. No. 5,298,749
Registered Oct. 03, 2017
Int. Cl.: 9, 14, 15, 16, 18, 21, 24, 25, 28, 41

Service Mark
Trademark
Principal Register

Fußball-Club St. Pauli v. 1910 e.V. (GERMANY e.V.)
Harald-stender-platz 1
20359 Hamburg
FED REP GERMANY

CLASS 9: Information technology and audiovisual equipment, namely, audiovisual receivers; communications equipment, namely, modems and cell phones; cell phone covers; covers for smartphones; cases for data storage devices, namely, cases for diskettes and compact disks; cases for spectacles and sunglasses; cases adapted for notebook computers; protective cases for tablet computers

CLASS 14: Jewels; jewelry ornaments, jewelry; amulets jewellery, jewelry; bracelets; earrings; chains, jewelry; lapel pins jewellery; pendants; rings jewellery; time instruments, namely, clocks and watches; clocks and parts therefor; wristwatches; alarm clocks

CLASS 15: Musical instruments; keyboard instruments; string instruments; guitars; woodwind instruments; percussion instruments; brass instruments; musical accessories, namely, stands, cases, carrying bags and storage bags; bags specially adapted for holding musical instruments; cases for musical instruments

CLASS 16: Bags and articles for packaging, wrapping and storage of paper, cardboard or plastics, namely, paper bags, plastic bags for packing, packaging boxes of paper and cardboard, and plastic film for wrapping; stationery; writing and stamping implements, namely, pencils, pens, and stamping inks; thumbtacks; stationery; printed matter, namely, books and magazines in the field of sports; notebooks; calendars; posters; stickers stationery; flyers, namely informational flyers featuring sports

CLASS 18: Luggage, travel bags, wallets and other carriers, namely, carriers for suits, shirts and dresses; umbrellas and parasols

CLASS 21: Tableware, namely, plates and dishes not of precious metal, cookware, namely pots and pans; household containers for foods; glasses, drinking vessels and barware, namely seltzer bottles; cups and mugs; beer glasses

CLASS 24: Textile goods, and substitutes for textile goods, namely, drapery; linens, namely, bet sheets and towels; kitchen and table linens; bed clothes, namely bed sheets and blankets; bath linen; bath sheets; curtains for showers; flags, not of paper, namely, cloth and fabric flags



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

CLASS 25: Clothing, namely, t-shirts, sports shirts, sweatshirts, hooded sweatshirts, shirts, jackets, pants, skirts and dresses; headgear, namely, hats and caps; footwear; neck scarfs, mufflers

CLASS 28: Sporting articles and equipment, namely, Balls for playing sports and Ball pumps; sport balls; festive decorations for Christmas trees, except confectionery and electric Christmas lights; artificial Christmas trees; decorations for Christmas trees, except confectionery and electric Christmas lights; toys, namely, Action figure toys; board games; playthings, namely, puppet theatres; and novelties, namely, novelty toy items in the nature of artificial plush animal tails

CLASS 41: Education, entertainment and sports, namely, Arranging and conducting of sports competitions; wagering services; sports and fitness, namely, providing facilities for sports and physical fitness training; sporting and recreational activities, namely, soccer; gymnasium club services, namely, gymnasiums; arranging and conducting of concerts; arranging of music performances, namely, entertainment services in the nature of live musical performances; training of sports players, namely, sports training services; providing facilities for sports recreation; provision of sporting club facilities, namely, providing fitness and exercise facilities; arranging and conducting of sporting events, namely, organizing soccer competition events

The mark consists of a design of a circle containing an inner, shaded circle with a castle/church design. The inner circle is bordered by with the wording "FC ST. PAULI" across the top of the circle, a star on the bottom left and right sides, and the number "1910" on the bottom but all elements still within the outer circle.

OWNER OF INTERNATIONAL REGISTRATION 1319114 DATED 07-12-2016, EXPIRES 07-12-2026

No claim is made to the exclusive right to use the following apart from the mark as shown: "FC ST. PAULI 1910"

SER. NO. 79-196,273, FILED 07-12-2016