## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FC ST. PAULI MERCHANDISING GmbH & CO. KG, | |
| Plaintiff, | Case No.: 19-cv-7251 |
| v. | Judge: Elaine E. Bucklo |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | |
| Defendants. | |

### PRELIMINARY INJUNCTION ORDER

THIS CAUSE being before the Court on Plaintiff FC ST. PAULI MERCHANDISING GmbH & CO. KG's ("Plaintiff" or "ST. PAULI") Motion for Entry of a Preliminary Injunction, and this Court having considered the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the Defendants identified in Schedule A attached hereto (collectively, the "Defendants").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can purchase products bearing infringing and/or counterfeit versions of Plaintiff's ST. PAULI Trademarks including U.S. Trademark Registration Nos. 5,293,474 and 5,298,749.

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the ST. PAULI Trademarks are distinctive marks and registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use the ST. PAULI Trademarks, and (3) Defendants' use of the ST. PAULI Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff's. Furthermore, Defendants' continued and unauthorized use of the ST. PAULI Trademarks irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions while respecting the Defendants' right to sell, and customers' right to buy, products that do not infringe Plaintiff's trademark rights.

Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, or under them be preliminarily enjoined and restrained from:

2

a. using Plaintiff's ST. PAULI Trademarks or any confusingly similar reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine ST. PAULI product or not authorized by Plaintiff to be sold in connection with Plaintiff's ST. PAULI Trademarks;

b. passing off, inducing, or permitting others to sell or pass off any product as a genuine ST. PAULI product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's ST. PAULI Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing Plaintiff's ST. PAULI Trademarks and damaging Plaintiff's goodwill;

e. knowingly manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear Plaintiff's ST. PAULI Trademarks or any confusingly similar reproductions, counterfeit copies or colorable imitations thereof;

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall, at Plaintiff's choosing:

    a. unlock and change the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection until further ordered by this Court, or

    b. disable the Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this Order, shall take any steps necessary to transfer the Defendant Domain Names to a registrar account of Plaintiff's selection so that the Defendant Domain Names can be redirected or disabled until further ordered by this Court.

4. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the Defendant Domain Names or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, Alibaba, Amazon, Wish.com and DhGate, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing, and Yahoo, and domain name registrars, including but not limited to, GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall, within ten (10)

business days of receipt of such notice, provide to Plaintiff copies of all documents and records in such person's or entity's possession or control relating to:

a. The identities and locations, including all known contact information and any and all associated e-mail addresses, of Defendants, their agents, servants, employees, confederates, and attorneys;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts, the Defendant Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts and Defendant Domain Names;

c. Defendants' websites and/or any Online Marketplace Accounts;

d. The Defendant Domain Names or any domain name registered by Defendants; and

e. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, and attorneys, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon Pay, PayPal, Alipay, DhGate, Wish.com, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5.     Third Party Providers with actual notice of this Order shall, within ten (10) business days of receipt of such notice:

a. remove Product Listings identified on Schedule A from any website under that Third Party Provider's control, to the extent not previously removed;

b. remove advertisements for Product Listings identified on Schedule A from any website under that Third Party Provider's control; and

c. remove links to the Defendant Domain Names from any search index under that Third Party Provider's control.

6.     Defendants and Third Party Providers shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets associated with sales from Product Listings identified on Schedule A until further ordered by this Court.

7.     Any Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Wish.com, DhGate ("DhGate") and Amazon Pay shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Bernd Von Geldern, and any e-mail addresses provided for Defendants by third parties; and

b. Restrain and enjoin any such accounts or funds that are not U.S.-based from transferring or disposing of any money or other of Defendants' assets associated with sales from Product Listings identified on Schedule A until further ordered by this Court.

8.    Plaintiff may provide notice of these proceedings to Defendants, including notice

of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P.

4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant

documents on a website to which the Defendant Domain Names which are transferred to

Plaintiff's control will redirect, or by sending an e-mail to the e-mail addresses identified

in Exhibit 2 of the Declaration of Bernd Von Geldern and any e-mail addresses provided

for Defendants by third parties that includes a link to said website. The Clerk of Court is

directed to issue a single original summons in the name of "begawan99 and all other

Defendants identified in the Complaint" that shall apply to all Defendants. The

combination of providing notice via electronic publication or e-mail, along with any notice

that Defendants receive from domain name registrars and payment processors, shall

constitute notice reasonably calculated under all circumstances to apprise Defendants of

the pendency of the action and afford them the opportunity to present their objections.

Notwithstanding this provision, ordinary federal rules governing notice and service in civil

cases shall apply to any Intervenors that the Court has permitted to appear.

9.    Any Defendants that are subject to this Order, or Intervenors that the Court has

permitted to appear, may appear and move to dissolve or modify the Order on two

days' notice to Plaintiff or on shorter notice as set by this Court.

10.   The $10,000 bond posted by Plaintiff shall remain with the Court until a Final

disposition of this case or until this Preliminary Injunction is terminated.

Dated: ___11/27___, 2019

_____
U.S. District Court Judge

7

# Schedule A

| No. | Defendant Name / Alias |
|-----|------------------------|
| 1 | begawan99 |
| 2 | kumeli |
| 3 | bfbstores |
| 4 | funny tees 2017 |
| 5 | litingting55 |
| 6 | zhangqianq |
| 7 | Empty |
| 8 | penguin baby shop |
| 9 | heqiuydmimi |
| 10 | jiangkeyu fashion |
| 11 | sunrong1992 |
| 12 | TANYUL |
| 13 | Cobalt deal |
| 14 | jiaqi258 |
| 15 | chenrenpeng890090 |
| 16 | JUYUANYT |
| 17 | lxfhahah |
| 18 | wangpingyang fashion |
| 19 | zhuanmingstore |
| 20 | DuZhiPlace |
| 21 | fuzhou guoran shop |
| 22 | huslkongqi |
| 23 | duhret store |
| 24 | nhjvrkj Friday |
| 25 | dabo |
| 26 | zhiping fashion |
| 27 | DESTTY |
| 28 | Ferbia |
| 29 | guotiantiandian |
| 30 | Lanxi Hao Bo ecommerce.Co.,    Ltd. |
| 31 | meimingzen plaza |
| 32 | PHANTOSCOPE |
| 33 | tianqifushi |
| 34 | wangerlei |
| 35 | zhangchanstore |
| 36 | chunjie online |
| 37 | dihao fashion |
| 38 | wufenglin8888 |
| 39 | HomecnelD |
| 40 | mengtingzhimei |

# Schedule A

| | |
|---|---|
| 41 | yiwu puer E-commerce |
| 42 | qiuling fashion |
| 43 | yinhui |
| 44 | zhulimin111888 |
| 45 | amyandanyy |
| 46 | DIY Factory |
| 47 | fangjianglingshop |
| 48 | whtbluesky |
| 49 | hehe fashion |
| 50 | huhu62 |
| 51 | mbhokvc fashion store |
| 52 | xchenyangseller |
| 53 | fczxdw Friday |
| 54 | nvjnmk plaza |
| 55 | wangkequn fashion |
| 56 | wuhan001269 |
| 57 | zhipengxiaojiating |
| 58 | gengduoFA1xin |
| 59 | myuknu store |
| 60 | shengyixinglongtongsihai |
| 61 | weiqi fashion |
| 62 | zhihuang wholesale store |
| 63 | wwwainiyisheng |
| 64 | zengchunhua520 |
| 65 | By yourself |
| 66 | kent28--polo |
| 67 | mainSLnd |
| 68 | qiushuiwanqian |
| 69 | Barque of commerce |
| 70 | Panggyoyoland |
| 71 | Shop4998147 Store |
| 72 | Hotsale Tee Store |
| 73 | Print shirt mall |
| 74 | FlatEarth Sexy Store |
| 75 | zhanghong Store |
| 76 | xiaomifeng caps Store |
| 77 | KanyeWest Store |
| 78 | oudali Store |
| 79 | Shop5147031 Store |
| 80 | aringtee |
| 81 | diytee02 |

# Schedule A

| | |
|---|---|
| 82 | kkus91 |
| 83 | meet08 |
| 84 | plauso |
| 85 | yunwa04 |
| 86 | April gifts |
| 87 | aprili |
| 88 | bhimasena |
| 89 | Mem Eden Official Store |
| 90 | Personalized print 001 Store |
| 91 | Yiwu Weiran Trading Co., Ltd. |
| 92 | ailee101118 |
| 93 | argantoc1 |
| 94 | bestsakti212 |
| 95 | bimary-5 |
| 96 | byaktpraman-0 |
| 97 | cadet.dar |
| 98 | cakrastam_0 |
| 99 | dariuanant_0 |
| 100 | de.luffy |
| 101 | efkurniasar_0 |
| 102 | fan_zone_store |
| 103 | fav_shop2 |
| 104 | fuyumi.blow |
| 105 | gaharstore51 |
| 106 | gooddesign_88 |
| 107 | gutaw_2015 |
| 108 | indywearshop |
| 109 | kreisnastore |
| 110 | kridahgalau |
| 111 | mcze77 |
| 112 | sabdono |
| 113 | sangkuriang15 |
| 114 | sofisony-0 |
| 115 | thenorthman771 |
| 116 | tribal-fashion |
| 117 | victory7715 |
| 118 | wildarastafar0 |
| 119 | 2018-177 |
| 120 | anxiangmeishi |
| 121 | Arrow Han |
| 122 | Art to real store |

# Schedule A

| 123 | asjbhkm supper-market |
| --- | --- |
| 124 | baola |
| 125 | bdthhj supper-market |
| 126 | chang fashion |
| 127 | changjinguo fashion |
| 128 | chenkaili157 |
| 129 | chenping92 |
| 130 | chunnizhi |
| 131 | dafewrs plaza |
| 132 | dailin fashion |
| 133 | dailu123 |
| 134 | dangkeexia |
| 135 | dingzhong fashion |
| 136 | ds402977373 |
| 137 | DYSHOP |
| 138 | engname |
| 139 | erqwtr Friday |
| 140 | Fashion Zone 1755 |
| 141 | FINDITINTERESTING |
| 142 | Free Realm |
| 143 | gaoruping fashion |
| 144 | gouguangfan supper-market |
| 145 | gufan fashion |
| 146 | hailun |
| 147 | hegang fashion |
| 148 | hejian fashion |
| 149 | heqingfeng fashion |
| 150 | homerlou fashion store |
| 151 | hubaoquan188906 |
| 152 | jiemi fashion |
| 153 | jtmm882488 |
| 154 | kang668 |
| 155 | lanxiu fashion |
| 156 | liaohonglan fashion |
| 157 | liguigu fashion |
| 158 | likuanfashion |
| 159 | linjishui fashion |
| 160 | linlin135 |
| 161 | liudanqing fashion |
| 162 | liuyuechaodedianpu |
| 163 | longchaoqun fashion |

# Schedule A

| 164 | louqiao fashion |
| --- | --- |
| 165 | luqingnan989803 |
| 166 | mallshop |
| 167 | mengjiaojiao |
| 168 | mhbjuk online store |
| 169 | ming shopping |
| 170 | MOIUOSHA |
| 171 | my lovely girl |
| 172 | nvbjvhk wholeshop |
| 173 | okmhgy store |
| 174 | pangfei fashion |
| 175 | pengtaostore |
| 176 | pizi-office |
| 177 | prinoac |
| 178 | qiujianping fashion |
| 179 | qjaidf Friday |
| 180 | renyanfang |
| 181 | riuojd fashion store |
| 182 | scorchsun |
| 183 | SenhuoNew |
| 184 | shaoqiu fashion |
| 185 | shen Factory Store |
| 186 | shenfengfengzhuzhu |
| 187 | shiming shop |
| 188 | shopping520 |
| 189 | showmetime |
| 190 | swbeds supper-market |
| 191 | tantang fashion |
| 192 | tianyuansuppermarket |
| 193 | tibaogg |
| 194 | uiuwang |
| 195 | uongub shopping |
| 196 | vjimho online store |
| 197 | wangbe in the lead |
| 198 | wangchunhua3038 |
| 199 | wangfa fashion |
| 200 | wanglixiabeauty |
| 201 | wangxiaojin fashion |
| 202 | weichun fashion |
| 203 | wuniuzai |
| 204 | wushiliang fashion |

# Schedule A

| | |
|---|---|
| 205 | xiaodong fashion |
| 206 | xiaozhengkaidian |
| 207 | xjygbhj plaza |
| 208 | xuanlvyujiyi |
| 209 | xuexiaozhuang |
| 210 | xujian fashion |
| 211 | xuqingchu fashoin |
| 212 | yadong_zhu |
| 213 | yanjin666 |
| 214 | yanshimeilibu |
| 215 | yiwu fashionshow Ecommerce co.,ltd |
| 216 | zhangangong fashion |
| 217 | zhiyuanstore |
| 218 | zhongjian fashion |
| 219 | ZHONGJIANDAO |
| 220 | zuofu fashion |
| 221 | DreamHigh_skyland |
| 222 | Enjoypatches |
| 223 | Kings sewing |
| 224 | Land Rus |
| 225 | Patchshop02 |
| 226 | Pro Active |
| 227 | Tess Snow |
| 228 | The Rizzka |
| 229 | Think Patch |
| 230 | Troy J Clark |
| 231 | W Expert |
| 232 | 888T-shirts Store |
| 233 | crazytees Store |
| 234 | Customize Shirts&Hoodies (Drop Shipping) Store |
| 235 | dazha o Store |
| 236 | deadline Store |
| 237 | Designtshirts Store |
| 238 | dream shirts Store |
| 239 | feelin good tees Store |
| 240 | Hahayule-TAHA Store |
| 241 | hongda0676 Store |
| 242 | Hubei Mingkai Apparel Co., Ltd. |
| 243 | KennyShirt Store |
| 244 | laohuwang Store |
| 245 | Nic Print Tshirt0501 Store |

# Schedule A

| | |
|---|---|
| 246 | Personalitycustomizedtshirt Store |
| 247 | PUDO-Topwholesale Store |
| 248 | QINSIR Apparel Store |
| 249 | rocktothetop Store |
| 250 | Shop3661047 Store |
| 251 | Shop4421161 Store |
| 252 | Shop4550016 Store |
| 253 | Shop4572029 Store |
| 254 | Shop4669013 Store |
| 255 | Shop4670071 Store |
| 256 | Shop4675047 Store |
| 257 | Shop5085386 Store |
| 258 | Shop5153026 Store |
| 259 | Shop5272002 Store |
| 260 | Shop5276041 Store |
| 261 | Shop5367249 Store |
| 262 | Shop5379135 Store |
| 263 | Sidney Maurer Store |
| 264 | Slocombes Print Tshirt Store |
| 265 | Song Store |
| 266 | Strawberry tshirt Store |
| 267 | Tshirt Men's Store |
| 268 | T-shit Store |
| 269 | wanqiu Store |
| 270 | wuli dazha Store |
| 271 | yangqiuju Store |
| 272 | YeeNoke |
| 273 | Yun Mi Store |
| 274 | athena31 |
| 275 | baishi7 |
| 276 | caisemao08 |
| 277 | hahaonecup |
| 278 | tshirtbakers |

| No | Defendants Online Marketplace |
|---|---|
| 1 | https://www.ebay.com/usr/begawan99 |
| 2 | https://www.ebay.com/usr/kumeli |
| 3 | https://www.wish.com/merchant/5abb41ce856edf4982dee8da |
| 4 | https://www.wish.com/merchant/585b6957652b474d6655f1c4 |

# Schedule A

| 5 | https://www.wish.com/merchant/5aaf8061c1d5181e1aeb5d6f |
|---|---|
| 6 | https://www.wish.com/merchant/5ae296079722337207320e6c |
| 7 | https://www.wish.com/merchant/5793192476f32b2f80a20072 |
| 8 | https://www.wish.com/merchant/583a60d72c689f1b817f9d09 |
| 9 | https://www.wish.com/merchant/5a5091e9471c140c778acb44 |
| 10 | https://www.wish.com/merchant/54152033f8abc87983772dfa |
| 11 | https://www.wish.com/merchant/5ae155e067d25c1c0edb3d0c |
| 12 | https://www.wish.com/merchant/5b46ca52c8e5c01bc50af85b |
| 13 | https://www.wish.com/merchant/58fd765eeb8d2f1102416aad |
| 14 | https://www.wish.com/merchant/5a411a0c7f9ae552a33b63a3 |
| 15 | https://www.wish.com/merchant/5ab2803fbeed12254d1e7d4c |
| 16 | https://www.wish.com/merchant/5a66f5906ea4a7408b29718d |
| 17 | https://www.wish.com/merchant/5abe699f9722330d2ee8ef2d |
| 18 | https://www.wish.com/merchant/5412da7b7541ce5a54189262 |
| 19 | https://www.wish.com/merchant/5a3529c1471c144d7f102acb |
| 20 | https://www.wish.com/merchant/5a63bbb0cefb155b24e116a7 |
| 21 | https://www.wish.com/merchant/540667201d2d434f89f0cc81 |
| 22 | https://www.wish.com/merchant/5ab0d4e6417cee4a85790fa7 |
| 23 | https://www.wish.com/merchant/541c6c537541ce7745294b15 |
| 24 | https://www.wish.com/merchant/541d6a8af8abc805fd2c8a23 |
| 25 | https://www.wish.com/merchant/5ac8729f1b98df3b0989aff7 |
| 26 | https://www.wish.com/merchant/540af9d6c5c246306719cfd5 |
| 27 | https://www.wish.com/merchant/59e45fe467e9be6e814c8b20 |
| 28 | https://www.wish.com/merchant/5a0fefa88cf0ed4d290fc991 |
| 29 | https://www.wish.com/merchant/5981917715da072db88ead6f |
| 30 | https://www.wish.com/merchant/54f9e6001c36ca31ec63076a |
| 31 | https://www.wish.com/merchant/5412fdb44ad3ab158c0f8c67 |

# Schedule A

| | |
|---|---|
| 32 | https://www.wish.com/merchant/59df2f6c0a332a2f5b13ea0e |
| 33 | https://www.wish.com/merchant/5aa7b1c9db5f1f694eb1be30 |
| 34 | https://www.wish.com/merchant/5a74747a6be8736ddcd2a141 |
| 35 | https://www.wish.com/merchant/5aa3ae242c495664f003252b |
| 36 | https://www.wish.com/merchant/53f9a885104dae5b3b61fea3 |
| 37 | https://www.wish.com/merchant/5416bbbaf8abc87977775465 |
| 38 | https://www.wish.com/merchant/5ab8da582dde5e07b37a0e23 |
| 39 | https://www.wish.com/merchant/5aa265c5c2c8923fed38224b |
| 40 | https://www.wish.com/merchant/5adc399715511a4c4bbdcfd6 |
| 41 | https://www.wish.com/merchant/551df852d3579c0d854e0ad7 |
| 42 | https://www.wish.com/merchant/540ffdc07a9eb4252af19f05 |
| 43 | https://www.wish.com/merchant/59310e0a25c4f5482f9c10e3 |
| 44 | https://www.wish.com/merchant/5aa9226f2635a71aa40f7ac8 |
| 45 | https://www.wish.com/merchant/596f69d037635d2b23765cbe |
| 46 | https://www.wish.com/merchant/56fa536e3834f15a7036fe75 |
| 47 | https://www.wish.com/merchant/58fca80160d4e010f788b756 |
| 48 | https://www.wish.com/merchant/58c50056a4c84d50659ee726 |
| 49 | https://www.wish.com/merchant/540c0c851d2d43128a7a78d0 |
| 50 | https://www.wish.com/merchant/5ac883307c276804fcce739c |
| 51 | https://www.wish.com/merchant/541c420182b9ac28c0504b6d |
| 52 | https://www.wish.com/merchant/5ad060a26be8731a0c047654 |
| 53 | https://www.wish.com/merchant/54265511f8abc81aaa400ae9 |
| 54 | https://www.wish.com/merchant/5426527590c77665842e7197 |
| 55 | https://www.wish.com/merchant/541cd4f5f8abc86d21092d3b |
| 56 | https://www.wish.com/merchant/5a9e9c37b125ab1d0412a50e |

# Schedule A

| | |
|---|---|
| 57 | https://www.wish.com/merchant/5aa2ccc670cf6967da3798bb |
| 58 | https://www.wish.com/merchant/5afa94f2a974421e0155ec39 |
| 59 | https://www.wish.com/merchant/541c52bf4ad3ab14b943323d |
| 60 | https://www.wish.com/merchant/5ae95c65bb5f5c251b6d5a3e |
| 61 | https://www.wish.com/merchant/54142d1ff8abc879837721a8 |
| 62 | https://www.wish.com/merchant/5406c78e1d2d434f86f0dcd3 |
| 63 | https://www.wish.com/merchant/5ac33deaa6bf7a4690b28a36 |
| 64 | https://www.wish.com/merchant/5ad30de8972233386869c1c6 |
| 65 | https://www.wish.com/merchant/5447ea1a5f313f1b47e188a2 |
| 66 | https://www.wish.com/merchant/554f4726d0a33a2f9ddd2310 |
| 67 | https://www.wish.com/merchant/5abe4489ea87646a6fa4ce48 |
| 68 | https://www.wish.com/merchant/5aa2994240626a533e07302f |
| 69 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A18FKWOQBI6SGE&tab=&vasStoreID= |
| 70 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2CDSCXA7LYAMZ&tab=&vasStoreID= |
| 71 | https://www.aliexpress.com/store/4998147 |
| 72 | https://www.aliexpress.com/store/2780009 |
| 73 | https://de.aliexpress.com/store/1909384 |
| 74 | https://www.aliexpress.com/store/3626117 |
| 75 | https://www.aliexpress.com/store/4413217 |
| 76 | https://www.aliexpress.com/store/4660127 |
| 77 | https://kanyewest.aliexpress.com/store/5119045 |
| 78 | https://www.aliexpress.com/store/4965030 |
| 79 | https://www.aliexpress.com/store/5147031 |
| 80 | https://www.dhgate.com/store/21358598 |
| 81 | https://www.dhgate.com/store/21346813 |

# Schedule A

| | |
|---|---|
| 82 | https://www.dhgate.com/store/21300715 |
| 83 | https://www.dhgate.com/store/21358550 |
| 84 | https://www.dhgate.com/store/21358951 |
| 85 | https://www.dhgate.com/store/21359329 |
| 86 | https://www.aliexpress.com/store/504129 |
| 87 | https://aprili.ecrater.com |
| 88 | https://bhimasena.ecrater.com |
| 89 | https://www.aliexpress.com/store/2906242 |
| 90 | https://www.aliexpress.com/store/3619155 |
| 91 | https://cjera.en.alibaba.com |
| 92 | https://www.ebay.com/usr/ailee101118 |
| 93 | https://www.ebay.com/usr/argantoc1 |
| 94 | https://www.ebay.com/usr/bestsakti212 |
| 95 | https://www.ebay.com/usr/bimary-5 |
| 96 | https://www.ebay.com/usr/byaktpraman-0 |
| 97 | https://www.ebay.com/usr/cadet.dar |
| 98 | https://www.ebay.com/usr/cakrastam_0 |
| 99 | https://www.ebay.com/usr/dariuanant_0 |
| 100 | https://www.ebay.com/usr/de.luffy |
| 101 | https://www.ebay.com/usr/efkurniasar_0 |
| 102 | https://www.ebay.com/usr/fan_zone_store |
| 103 | https://www.ebay.com/usr/fav_shop2 |

# Schedule A

| | |
|---|---|
| 104 | https://www.ebay.com/usr/fuyumi.blow |
| 105 | https://www.ebay.com/usr/gaharstore51 |
| 106 | https://www.ebay.com/usr/gooddesign_88 |
| 107 | https://www.ebay.com/usr/gutaw_2015 |
| 108 | https://www.ebay.com/usr/indywearshop |
| 109 | https://www.ebay.com/usr/kreisnastore |
| 110 | https://www.ebay.com/usr/kridahgalau |
| 111 | https://www.ebay.com/usr/mcze77 |
| 112 | https://www.ebay.com/usr/sabdono |
| 113 | https://www.ebay.com/usr/sangkuriang15 |
| 114 | https://www.ebay.com/usr/sofisony-0 |
| 115 | https://www.ebay.com/usr/thenorthman771 |
| 116 | https://www.ebay.com/usr/tribal-fashion |
| 117 | https://www.ebay.com/usr/victory7715 |
| 118 | https://www.ebay.com/usr/wildarastafar0 |
| 119 | https://www.wish.com/merchant/5aba7a71c2c8926c51623898 |

# Schedule A

| | |
|---|---|
| 120 | https://www.wish.com/merchant/5b7545df34f08a4d60528d84 |
| 121 | https://www.wish.com/merchant/57fc460d047bed3eff3b28f3 |
| 122 | https://www.wish.com/merchant/594640546f06bd7571fbfe53 |
| 123 | https://www.wish.com/merchant/542004017541ce4593e7d233 |
| 124 | https://www.wish.com/merchant/57490acb5279545cd724e4bf |
| 125 | https://www.wish.com/merchant/541c4badf8abc814fbbc08cc |
| 126 | https://www.wish.com/merchant/5407ef14c5c246615b2db590 |
| 127 | https://www.wish.com/merchant/54196b8c4ad3ab50de52df5e |
| 128 | https://www.wish.com/merchant/5ab8925654bd091a5271ef06 |
| 129 | https://www.wish.com/merchant/5a75628875599a5307688ccc |
| 130 | https://www.wish.com/merchant/5b2c71a05676c363f02199fc |
| 131 | https://www.wish.com/merchant/541c62f97541ce773c294b20 |
| 132 | https://www.wish.com/merchant/54196ee482b9ac5e2a770060 |
| 133 | https://www.wish.com/merchant/5af7abdc8699ce41f4dd5c11 |
| 134 | https://www.wish.com/merchant/5b7e39c0650d2d428a50a184 |
| 135 | https://www.wish.com/merchant/5413adf2f8abc8347ba07e15 |

# Schedule A

| | |
|---|---|
| 136 | https://www.wish.com/merchant/59aec736eea5c55e8623fb88 |
| 137 | https://www.wish.com/merchant/5697995c2a73a60db195928c |
| 138 | https://www.wish.com/merchant/5aceed2b2dde5e2c35e1d20c |
| 139 | https://www.wish.com/merchant/5420030f7541ce4596e7d2eb |
| 140 | https://www.wish.com/merchant/590c68519fd38a30d652a67d |
| 141 | https://www.wish.com/merchant/5a660581d0249924fcc19421 |
| 142 | https://www.wish.com/merchant/590b31d4e424db7b619cea41 |
| 143 | https://www.wish.com/merchant/5417e9104ad3ab27da54c64a |
| 144 | https://www.wish.com/merchant/541553567541ce3ccc24ea3a |
| 145 | https://www.wish.com/merchant/54198d2b4ad3ab50de52e4c7 |
| 146 | https://www.wish.com/merchant/571f0b98ced055593146ef15 |
| 147 | https://www.wish.com/merchant/541a8f1e7541ce75aafd7880 |
| 148 | https://www.wish.com/merchant/54183e377541ce70a0afb200 |
| 149 | https://www.wish.com/merchant/5418309b82b9ac64b7a70c75 |
| 150 | https://www.wish.com/merchant/545b58c15f313f2e2962f57c |
| 151 | https://www.wish.com/merchant/5aad08e108a2242dcb8055df |

# Schedule A

| | |
|---|---|
| 152 | https://www.wish.com/merchant/540e7bbc1d2d431f364b53f3 |
| 153 | https://www.wish.com/merchant/5978551d17197437b1255e71 |
| 154 | https://www.wish.com/merchant/58bec8913804584849276625 |
| 155 | https://www.wish.com/merchant/541bdbdd82b9ac28bd5043fa |
| 156 | https://www.wish.com/merchant/541be1bd82b9ac28c6504405 |
| 157 | https://www.wish.com/merchant/54200d679719cd3d458a5519 |
| 158 | https://www.wish.com/merchant/58fdf4d9638a7311ad9ab8b3 |
| 159 | https://www.wish.com/merchant/541be37af8abc81504bc0005 |
| 160 | https://www.wish.com/merchant/58fafc2feb16272bfc7725a8 |
| 161 | https://www.wish.com/merchant/541a997ef8abc8284ea8ccee |
| 162 | https://www.wish.com/merchant/58a55fb055cfb353735e7502 |
| 163 | https://www.wish.com/merchant/542242b8f420dd446a1c4817 |
| 164 | https://www.wish.com/merchant/541e444782b9ac03ad43a37b |
| 165 | https://www.wish.com/merchant/5aa7e28ca6f62e153410aedf |
| 166 | https://www.wish.com/merchant/593005149818b33a9ed7b240 |
| 167 | https://www.wish.com/merchant/58d62166c7b73b2c57003a8a |

# Schedule A

| | |
|---|---|
| 168 | https://www.wish.com/merchant/541c4fc082b9ac28c3504e04 |
| 169 | https://www.wish.com/merchant/5407ec337f086e2bf5fac0e1 |
| 170 | https://www.wish.com/merchant/599f92bc15da07746dbbcc8b |
| 171 | https://www.wish.com/merchant/5953a79488709f53ce829d21 |
| 172 | https://www.wish.com/merchant/54201c2a9719cd3d4e8a546b |
| 173 | https://www.wish.com/merchant/542000e49719cd3d4b8a552f |
| 174 | https://www.wish.com/merchant/540b11317a9eb4397a92172d |
| 175 | https://www.wish.com/merchant/5a1bc23f8cf0ed0fe89e1a28 |
| 176 | https://www.wish.com/merchant/5934cf9ab962ba6b97104a1c |
| 177 | https://www.wish.com/merchant/585f8547c37db14df36e8a23 |
| 178 | https://www.wish.com/merchant/541ad2904ad3ab1d1042004b |
| 179 | https://www.wish.com/merchant/541e9d117541ce458de7c2c9 |
| 180 | https://www.wish.com/merchant/58d61e19eff8ef53907ad62a |
| 181 | https://www.wish.com/merchant/541ea05e9719cd3d3f8a43b7 |
| 182 | https://www.wish.com/merchant/5a900d41a71fbf155f0474df |
| 183 | https://www.wish.com/merchant/5ae1ad511c256d23e75cc8b8 |

# Schedule A

| | |
|---|---|
| 184 | https://www.wish.com/merchant/540fd8a37f086e4e9c80d146 |
| 185 | https://www.wish.com/merchant/54052e6f7f086e10417110fb |
| 186 | https://www.wish.com/merchant/59a513b115da071bb76c0cac |
| 187 | https://www.wish.com/merchant/53f99d2a9020ee5981a4338b |
| 188 | https://www.wish.com/merchant/5742fa66bff7a1595a527920 |
| 189 | https://www.wish.com/merchant/59cb7c3530e1f337927a4bf2 |
| 190 | https://www.wish.com/merchant/541c5a364ad3ab14bf43332f |
| 191 | https://www.wish.com/merchant/540eb581c5c24645c2d5cb34 |
| 192 | https://www.wish.com/merchant/540f0c0d7f086e0d3798bb36 |
| 193 | https://www.wish.com/merchant/59b0133c8ee78d044d1e3665 |
| 194 | https://www.wish.com/merchant/5ac70f24ccf0c84a32568f02 |
| 195 | https://www.wish.com/merchant/54201034f8abc806002ca6e4 |
| 196 | https://www.wish.com/merchant/541d93f882b9ac03b3439fb9 |
| 197 | https://www.wish.com/merchant/5ad2fca6abef956661ebb3f5 |
| 198 | https://www.wish.com/merchant/5ac72d8dea87644d299cc813 |
| 199 | https://www.wish.com/merchant/541c285a9719cd09022097a9 |

# Schedule A

| | |
|---|---|
| 200 | https://www.wish.com/merchant/5acb1716b125ab7ae16e2e81 |
| 201 | https://www.wish.com/merchant/54125224f8abc81386f46b2a |
| 202 | https://www.wish.com/merchant/541cd643f8abc86d1b092d2c |
| 203 | https://www.wish.com/merchant/5975b447eea5c5162f6ab99d |
| 204 | https://www.wish.com/merchant/541ce3087541ce355568ff5a |
| 205 | https://www.wish.com/merchant/540bf0bc1d2d43129c7a7648 |
| 206 | https://www.wish.com/merchant/5842ebfbbbcec94e9b034138 |
| 207 | https://www.wish.com/merchant/541c547b7541ce773f294a24 |
| 208 | https://www.wish.com/merchant/5b287fb57752c84728c77e45 |
| 209 | https://www.wish.com/merchant/5ac70489b125ab4ee0827f19 |
| 210 | https://www.wish.com/merchant/541d26432754c8384f4f8c18 |
| 211 | https://www.wish.com/merchant/541256b04ad3ab15860f7272 |
| 212 | https://www.wish.com/merchant/551916a4c643090fb0598cf4 |
| 213 | https://www.wish.com/merchant/5832947a1591451118f12b95 |
| 214 | https://www.wish.com/merchant/5ae587aba6bf7a2afb438618 |
| 215 | https://www.wish.com/merchant/545eb6fa90c7760f76fd486e |

# Schedule A

| | |
|---|---|
| 216 | https://www.wish.com/merchant/541d3fc9f8abc805f72c852f |
| 217 | https://www.wish.com/merchant/5a98e11197223378b7b84a4d |
| 218 | https://www.wish.com/merchant/541d6b20f8abc805f72c8abf |
| 219 | https://www.wish.com/merchant/5b24a5a9daac457ece1ae616 |
| 220 | https://www.wish.com/merchant/541e4597f8abc805f12c8f4e |
| 221 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?seller=A1NMKUG91KN3M3 |
| 222 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A12AZD3R144OF8&tab=&vasStoreID= |
| 223 | https://www.amazon.com/s?marketplaceID=ATVPDKIKX0DER&me=A31WSYSFM20FXA&merchant=A31WSYSFM20FXA&redirect=true |
| 224 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A31IZETFKKA4SU&tab=&vasStoreID= |
| 225 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1RZD37LRC7SHH&tab=&vasStoreID= |
| 226 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2OXGQFAYUSFZY |
| 227 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1X5AC0MP6789Y&tab=&vasStoreID= |
| 228 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01HAYCAFG&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A27B2RBWHTTS23&tab=&vasStoreID= |
| 229 | https://www.amazon.com/s?marketplaceID=ATVPDKIKX0DER&me=A3IDQNLYNXPG9N&merchant=A3IDQNLYNXPG9N&redirect=true |
| 230 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1XDDURA1AOCON&tab=&vasStoreID= |
| 231 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A225P9GAJAISDX&tab=&vasStoreID= |

# Schedule A

| | |
|---|---|
| 232 | https://888t-shirts.aliexpress.com/store/4430181 |
| 233 | https://www.aliexpress.com/store/4351012 |
| 234 | https://www.aliexpress.com/store/3263018 |
| 235 | https://www.aliexpress.com/store/4430002 |
| 236 | https://www.aliexpress.com/store/3572024 |
| 237 | https://designtshirts.aliexpress.com/store/4422132 |
| 238 | https://xmhw001.aliexpress.com/store/3217097 |
| 239 | https://xmhw.aliexpress.com/store/2944102 |
| 240 | https://www.aliexpress.com/store/408134 |
| 241 | https://hongda0676.aliexpress.com/store/4670019 |
| 242 | https://cnhbmk.en.alibaba.com |
| 243 | https://www.aliexpress.com/store/3870101 |
| 244 | https://www.aliexpress.com/store/5247058 |
| 245 | https://www.aliexpress.com/store/4620004 |
| 246 | https://personalitycustomizedtshirtstore.aliexpress.com/store/4595035 |
| 247 | https://www.aliexpress.com/store/500537 |

# Schedule A

| | |
|---|---|
| 248 | https://qinsir.aliexpress.com/store/1460091 |
| 249 | https://rocktothetop.aliexpress.com/store/4555031 |
| 250 | https://www.aliexpress.com/store/3661047 |
| 251 | https://shop4421161.aliexpress.com/store/4421161 |
| 252 | https://www.aliexpress.com/store/4550016 |
| 253 | https://www.aliexpress.com/store/4572029 |
| 254 | https://www.aliexpress.com/store/4669013 |
| 255 | https://www.aliexpress.com/store/4670071 |
| 256 | https://www.aliexpress.com/store/4675047 |
| 257 | https://www.aliexpress.com/store/5085386 |
| 258 | https://www.aliexpress.com/store/5153026 |
| 259 | https://www.aliexpress.com/store/5272002 |
| 260 | https://www.aliexpress.com/store/5276041 |
| 261 | https://www.aliexpress.com/store/5367249 |
| 262 | https://www.aliexpress.com/store/5379135 |
| 263 | https://xmhw002.aliexpress.com/store/3219076 |

# Schedule A

| | |
|---|---|
| 264 | https://www.aliexpress.com/store/4435007 |
| 265 | https://song.aliexpress.com/store/4990341 |
| 266 | https://strawberrytshirt.aliexpress.com/store/3910011 |
| 267 | https://www.aliexpress.com/store/4110003 |
| 268 | https://t-shit.aliexpress.com/store/5363090 |
| 269 | https://www.aliexpress.com/store/4404058 |
| 270 | https://www.aliexpress.com/store/4416022 |
| 271 | https://www.aliexpress.com/store/4657075 |
| 272 | https://www.aliexpress.com/store/2069002 |
| 273 | https://www.aliexpress.com/store/4406029 |
| 274 | https://www.dhgate.com/wholesale/products/ff8080816cbd9bf5016cf1c3895452f4.html |
| 275 | https://www.dhgate.com/store/21092126 |
| 276 | https://www.dhgate.com/wholesale/products/ff8080816533075201655bada4477a8c.html |
| 277 | https://www.dhgate.com/store/21133981 |
| 278 | https://www.dhgate.com/store/21182564 |